IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:12CR52(15) LG-RHW

SHAUN GERMELLE WASHINGTON

### ORDER DENYING MOTION FOR COPY OF PLEA AGREEMENT AND SENTENCING TRANSCRIPT

BEFORE THE COURT is defendant Washington's letter motion [511] requesting a copy of his plea agreement and sentencing transcript at taxpayer expense. He asserts that "I am currently indigent and I need a copy of my plea agreement and sentencing hearing transcripts."

The Supreme Court has held that "expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress." *United States v. MacCollom*, 426 U.S. 317, 321 (1976). Accordingly, an indigent litigant must demonstrate a particularized need for the transcript or other documents. *Id.* at 323-330; 28 U.S.C. § 753(f). A defendant cannot conduct a "fishing expedition" to find something that may support post-conviction motions. *United States v. Caravajal*, 989 F.2d 170 (5th Cir. 1993). By providing no reason for his request, Washington has not met his burden of showing that he has a particularized need for the documents requested. Accordingly, his motion for transcripts and plea agreement at taxpayer expense will be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendant's

motion [511] for a copy of his plea agreement and sentencing transcript at taxpayer expense is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 21st day of November, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE