IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 1:12CR52(2) LG-RHW

KEELEON KEVIN TENNARD

### ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND SENTENCING TRANSCRIPT AS PREMATURE

BEFORE THE COURT is defendant Tennard's Motion [513] requesting a copy of his sentencing transcript and appointment of an attorney to assist him in his appeal. Tennard pled guilty to conspiracy to possess with intent to distribute cocaine, and filed an untimely *pro se* notice of appeal of the conviction and sentence. The Fifth Circuit has not yet accepted the notice of appeal. At such time the notice of appeal is accepted, Tennard will be appointed an attorney, who will receive the sentencing transcript. At this time, however, Tennard's Motion is premature and will be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendant's Motion [513] requesting a copy of his sentencing transcript and appointment of an attorney to assist him in his appeal is **DENIED** as premature.

**SO ORDERED AND ADJUDGED** this the 22nd day of November, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE